Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−30967−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone M. Sealy−Hinds
   12 Hudson Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−3856

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: bwj

                                    Jeanne Naughton
                                    Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-30967-KCF
Simone M. Sealy-Hinds                                           Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db             +Simone M. Sealy-Hinds,    12 Hudson Place,    Willingboro, NJ 08046-1739
517827539      +Credit Collection Serv- High Point Safet,    725 Canton Street,    Norwood, MA 02062-2679
517827540      +Equiant Financial Services,   5401 N Pima Rd, Ste 150,    Scottsdale, AZ 85250-2630
517948874      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517827542      +Midland Mortgage,   999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517856528      +U.S. Department of HUD,    451 7th Street S.W.,   Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517827538      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 15 2019 00:28:04
                 Consumer Portfolio Services,   PO Box 57071,   Irvine, CA 92619-7071
517827541      +EDI: AMINFOFP.COM Jan 15 2019 04:48:00     First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
517827537       EDI: IRS.COM Jan 15 2019 04:48:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517877752      +EDI: JEFFERSONCAP.COM Jan 15 2019 04:48:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517827543       Patricia Hawes
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Mark K. Smith    on behalf of Debtor Simone M. Sealy-Hinds markksmithlaw@aol.com,
               Romasmith@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```